**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-2096**

_____

DARRIS D. TEEL,

　　　　　Plaintiff - Appellant,

　　　v.

CITY OF GREENVILLE (NC) POLICE DEPARTMENT; OFFICER WEAVER; K. WOODFORD; LAUGHINGHOUSE; R. WRIGHT; BILL LITTLE; NMI QUICK; WHITE,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  W. Earl Britt, Senior District Judge.  (4:05-cv-00168-BR)

_____

Submitted:  April 23, 2008　　　　　Decided:  June 6, 2008

_____

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Darris D. Teel, Appellant Pro Se.  William Jarvis Little, III, CITY OF GREENVILLE, Greenville, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darris D. Teel appeals the district court's orders denying his motion for summary judgment, pretrial dismissal of several of his claims, and dismissal of the remaining claims following a trial on his action alleging violations of 42 U.S.C. § 1983 (2000), Americans with Disabilities Act, and other federal and state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. <u>Teel v. City of Greenville</u>, No. 4:05-cv-00168-BR (E.D.N.C. Oct. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>